IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **DANIEL LADON STENNIS, # 184620,** | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 20-0446-JB-N |
| **CYNTHIA STEWART,** *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that Defendants' Motion for Summary Judgment be and is hereby **GRANTED** as to Defendants Warden Cynthia Stewart, Commissioner Jefferson S. Dunn, Warden Terry Raybon, Warden Phillip Mitchell, Captain Regina Bolar, Captain Vencini Smith, and Deputy Commissioner Cheryl Price. It is **ORDERED** that this action is hereby **DISMISSED with prejudice** in its entirety.

**DONE and ORDERED** this 12th day of September, 2022.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE